*Emergency Motion
<8 pgs. total>
Please docket, and
enter courtesy copies*

**FILED** OCT 14 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

**RECEIVED** OCT 14 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

page 1/8

Cary L. Peterson
PFN: ULZ301; USM: 23401111
Santa Rita Jail — Alameda County
Dublin, CA 94568-3309

ATTN TO: Chief Judge (CAND)
U.S. District Court, CAND

cc: Hon. U.S.D.J. Edward Davila,
(re: Sayers-Roods v. Machado);
Hon. Judge James Kleinberg (Rtr.),
(re: Ombudsman — Costanoan Tribe
vs. DOI; San Benito Co. (JAMS));
Law Office of Jesse Ortiz,
(Legal Counsel of C.L. Peterson)

In re: USA v. Peterson, No. 22CR338

(*) Emergency Motion (for Adoption by Defense Counsel) for Leave on ~~Notice~~ Judicial Notice of Adjudicative Facts Pursuant to Fed. R. Evid. 201(c)(2), and All Writs Act (28 U.S.C. 1651); and Motion to Stay Detention Order (Substituting Detention with Alternative Sanction Pending Judicial


page 2/8

Proceedings Concerning Probation Violation Claims Raised By USPO's Doc. 3 Petition; e.g., home detention or electronic monitoring).

Dear Chief Judge:

On this 10th day of October, 2022, I, Cary Peterson ("Defendant"), hereby certify and submit this Motion for adoption by defense counsel on record, under penalty of perjury and in lieu of oath pursuant to 28 USCS 1746, in efforts to respectfully, expeditiously, and efficiently, move this Court on the above-entitled caption, whereby should be copied to the listed recipients or case dockets, of which have an overlapping interest concerning the instant case.

Hence, Defendant was detained on or about September 15, 2022, upon a probable cause warrant for arrest issued by San Benito County, of which in turn induced a USMS



page 3/8

detainer issued on 9/20/2022. Thus, the federal detainer was not set aside or quashed notwithstanding Defendant's prima facie warrant resulting in a voluntary withdrawal on criminal action by county officials. Presently, no criminal complaint, case docket, information, or indictment exist.

 Thereby, the foregoing raises a federal question on whether an ex post facto error was made by the Government, bearing in mind that USPO knew of this arrest and search warrant issued by San Benito County in August, 2022, but at no time acknowledged this finding to Defendant Peterson, his defense counsel, or this Court, notwithstanding holding ongoing communication via email, phone, and in-person with Defendant Peterson, Peterson defense counsel, USPO supervisor, and Admin. Office of U.S. Courts Judicial Integrity Division, between July — September, 2022.

On or about October 10, 2022, the news-media published a press article that summarizes Defendant Peterson's issue in controversy directly related to his employment for a local Indian tribal community, U.S.D.J. Davila's declarations as to this Indian's tribe's government and tribal court have erroneously been adjudged into the record of U.S.M.J. Cousins ruling as to Defendant's employment as an elected judicial officer for an Indian tribal government under 25 U.S.C. 1301.

Defendant's federal questions include, but not limited to, as follows:

1. Under Employer-Employee Liability Rule, can an employee serving a tribal community be held liable for serving his superior at Tribal Council?

2. Can a federal judge sanction or enjoin a state or tribal court judge without executing required hearings


page 5/8

or proceedings to examine or review misconduct claims against a member of judiciary in the USA?

3. Is the news article about Defendant's employer and San Benito County officials (https://tinyurl.com/101022b) grounds to determine that such an incident demonstrates Defendant Peterson being a threat to the community, insofar that he should be denied bail, and remained detained for an erroneous judicial opinion [c.f. Fed. R. Crim. P. 72(a)] that declared that Defendant should remain in detention because of "abuse of judicial power to commit fraud"?

4. Aside from minor deficiencies raised by USPO's Doc. 3 Petition (excluding Claim #9 that's now in void per 'ex post facto'), what evidence filed in the case record authenticates a showing of fraud in an official capacity as to Defendant?


page 6/8

5.) Should U.S.M.J. Cousins, the Government, or any party in the instant case, have merit to integrate or ovelap subject matter from U.S.D.J. Davila's case of Sayers-Roods vs. Machado, or Judge Davila's meanings or declarations among his Doc. 38 or Doc. 52 court orders, wherein Judge Davila declares the "Costanoan Tribal Court" and "Costanoan-Chualar Tribal Government of Indian Canyon" having sovereign tribal jurisdiction pursuant to a Supreme Court citation within both aforesaid court orders? This question raises questions on U.S.M.J. Cousins or Parties of the Instant Case (speaking out of school), bearing in mind U.S.D.J. Davila's case of Sayers-Roods v. Machado at no time included Defendant Peterson, USPO, or USAO-CAND as a party; and at no time was U.S.D.J. Freedman or U.S.M.J. Cousins an assigned judge of the Machado case.

6.) Does U.S.M.J. Cousins's motion to detain Defendant Peterson for such conduct in an official capacity give merit for a stay on detention (sua sponte) to uphold the public interest on the Equal Rights Protection Act, inter alia of which provide immunity or master-servant liability protection(s) for persons serving an Indian tribal community, or tribal organization, in an official capacity under executive management or council?

## Conclusion

Thereby, Defendant Peterson submits the foregoing as true and correct, for exigent review by this Court under Fed. R. Evid. 201(c)(2), and 28 U.S.C. 1651, in efforts amend or redress any error made, or oversight, as allowed under Fed. R. Crim. 72(a).

Moreover, Defendant informs the Court of his less-than adequate access to legal materials and counsel.



page 8/8

## Certificate of Service

On this 10th day of October, 2022, Defendant Cary Peterson has caused this Emergency Motion for Adoption by Defense Counsel under F.R.E. 201c2, and 28 U.S.C. 1651, to be filed with the Chief Judge and Court Clerk at the U.S. District Court (CAND), served to Plaintiff USPO (CAND), and copied to Hon. U.S.D.J. Davila (re: Sayers-Roods vs. Machado), Ret. Judge James Kleinberg (CAND Ombudsman; JAMS), Office of Attorney Jesse Ortiz (Defense Counsel of Cary Peterson), and A/O of U.S. Courts (Judicial Integrity) &lt;ao_oji@uscourts.gov&gt;.

Date: 10/10/2022       s/ [signature]
                       Cary Peterson,
                       Defendant

—AFFIDAVIT—

(Affidavit Page 1/2)

Cary Peterson
PFN# UL2301;
USM: 2340111
Santa Rita Jail
Dublin, CA 94568

FILED
OCT 14 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

In re: USA vs. Peterson, No. 22CR338

ATTN TO:   Chief Judge;
           Court Clerk
           U.S. District Court (CAND)

CC:        Hon. U.S.D.J. Edward Davila
           (re: Sayers-Roods v. Machado);

           Hon. Judge James Kleinberg (Rtr)
           (re: Costanoan v. DOI, et al.);

           Attorney Jesse Ortiz,
           (Defense Counsel)

** Defendant's Affidavit in Support of Emergency Motion for Adoption, and Exigent Judicial Review Pursuant to Fed. R. Evid. 201(c)(2), and 28 USCS 1651. **


Affidavit page 2/2

Dear Chief Judge:

On this 10th day of October, 2022, I, "Defendant," Cary Lee Peterson, declare and submit this Affidavit in support of the Emergency Motion for Adoption, of which was certified and filed by Defendant under prison mailbox rule, on this day, respective to the above-entitled caption.

Further, Defendant declares that access to legal materials, communication with hired defense counsel, and this Court have been less than adequate while detained at Santa Rita Jail.

Thereby, Defendant Peterson declares the foregoing as true and correct pursuant to 28 U.S.C. 1746.

Respectfully submitted,

s/ [signature]

Date: 10/10/2022

C.L. Peterson
PFN: ULZ3801; USM: 23401111
Santa Rita Jail, Alameda Co.
5325 Broder Blvd.
Dublin, CA 94568-3309

Clerk c/o Hon. U.S.D.J. Davila
U.S. District Court (CAND)
280 S. 1st Street, R#2112
San Jose, CA 95113

— LEGAL MAIL —



LEGAL MAIL

SANTA RITA JAIL
5325 BRODER BLVD
DUBLIN, CA 94568

CONFIDENTIAL JL 2492