STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JEFFREY A. BACKHUS (CABN 200177)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5080
    FAX: (408) 535-5066
    jeffrey.backhus@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 22-00338-BLF |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE |
| v. | |
| CARY LEE PETERSON, | |
| Defendant. | |

    On September 19, 2022, United States Probation ("Probation") filed a Petition for Arrest Warrant for Offender Under Supervision ("Form 12"), alleging that Cary Lee Peterson has violated his terms and conditions of supervised release.

    A status conference is scheduled before this Honorable Court on October 18, 2022. However, the parties have rescheduled the preliminary hearing before the magistrate court until October 24, 2022.

///

///

///

///

1  Accordingly, the parties are requesting that the status conference before this Court be continued to October
2  25, 2022, at 9:00 a.m.

3                                                          Respectfully submitted,

4  DATED: October 16, 2022                                 STEPHANIE M. HINDS
                                                           United States Attorney
5

6                                                          */s/ Jeffrey A. Backhus*
                                                           JEFFREY A. BACKHUS
7                                                          Assistant United States Attorney

8

9  DATED: October 16, 2022
                                                           */s/ Jesse Soto Ortiz*
10                                                         JESSE SOTO ORTIZ
                                                           Attorney for Defendant
11                                                         Cary Lee Peterson

12

13

14                                  PROPOSED [ORDER]

15      Based on the foregoing, IT IS HEREBY ORDERED that the status hearing in the above-
16  captioned matter shall be continued October 25, 2022, at 9:00 a.m.

17

18  DATED:
                                                           _____
19                                                         HON. BETH LABSON FREEMAN
                                                           United States District Judge

20

21

22

23

24

25

26

27

28