| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | JEFFREY A. BACKHUS (CABN 200177)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5080<br>FAX: (408) 535-5066<br>jeffrey.backhus@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 22-00338-BLF |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE |
| v. | ) ) | |
| CARY LEE PETERSON, | ) ) | |
| Defendant. | ) ) ) | |

On September 19, 2022, United States Probation ("Probation") filed a Petition for Arrest Warrant for Offender Under Supervision ("Form 12"), alleging that Cary Lee Peterson has violated his terms and conditions of supervised release.

A status conference is scheduled before this Honorable Court on October 18, 2022. However, the parties have rescheduled the preliminary hearing before the magistrate court until October 24, 2022.

///

///

///

///

Stipulation and ~~Proposed~~ Order 1
CR 22-00338-BLF

Accordingly, the parties are requesting that the status conference before this Court be continued to October 25, 2022, at 9:00 a.m.

Respectfully submitted,

DATED: October 16, 2022
STEPHANIE M. HINDS
United States Attorney

*/s/ Jeffrey A. Backhus*
JEFFREY A. BACKHUS
Assistant United States Attorney

DATED: October 16, 2022

*/s/ Jesse Soto Ortiz*
JESSE SOTO ORTIZ
Attorney for Defendant
Cary Lee Peterson

## ~~PROPOSED~~ [ORDER]

Based on the foregoing, IT IS HEREBY ORDERED that the status hearing in the above-captioned matter shall be continued October 25, 2022, at 9:00 a.m.

DATED: October 17, 2022

HON. BETH LABSON FREEMAN
United States District Judge