Cary Peterson
USM: 23401111 / PFN: ULZ301
Santa Rita Jail
5325 Broder Blvd.
Dublin, CA 94568

Attn To: Chief Judge c/o U.S. District Court (CAND); cc: Hon. U.S.D.J. Davila (re: Sayers-Reeds v. Machado); Hon. Judge Kleinberg (Ombudsman/JAM)

In re: USA v. Peterson, 22-CR-338

* Notice of Defendant's Defense on Doc. 3 Petition Claims Pursuant to Doctrines on 'Ex Post Facto', 'Fraud in the Factum', or 'Fraud in the Inducement'
*[Judicial Notice of Adjudicative Facts]

Dear Chief Judge:

On this 11th day of October, 2022, I, Cary Peterson ("Defendant"), hereby certify and submit this Emergency Motion for Leave on Judicial Notice of Adjudicative Facts under Fed. R. Evid. 201c



(2) [F.R.E. 201(c)(2)] concerning Defendant's Notice of Defense respective to USPO's Doc. 3 Petition (certified by Defendant under 28:1746).

In accordance with the Fair Reporting Privilege, Defendant attests to the assertions made by the news-media (including the supporting media references and legal documents), on or about October 10, 2022, published at "Today In Law" (news website) (https://tinyurl.com/101022b), whereby support Defendant's preserved claim to being innocent of criminal acts in an individual, or official capacity as an Indian tribal community official; and the fact that Plaintiff USPO (with help from the FBI and USAO, who Defendant sued via 2244 lawsuit heard by U.S.M.J. Cousins last year) acted in concert and participation with San Benito County officials, from July-September, 2022, amid litigation and a political issue in controversy with Defendant's employer, "Costanoan-Chular Indian Tribal



Government of Indian Canyon" [per U.S.D.J. Edward Davila's declaration in Doc. 52 order of <u>Sayers-Roods v. Machado</u>, Aug. 2022].

Hence, U.S.M.J. Cousin's order of detention concerning Defendant's employment as a tribal court judge raises a federal question as to U.S.D.J. Davila's meaning or purpose of making his declaration concerning Defendant's employer. However, at no time was Plaintiff USPO, Defendant Peterson, or Judge Cousins, a party or judicial officer in Judge Davila's case of <u>Sayers-Roods v. Machado</u>. [c.f. "Speaking out of school"]

## Relief Sought.

Shall the Chief Judge hold an emergency hearing on this matter at hand, in conjunction with Defendant's October 10, 2022, certifications on Emergency Motion for Adoption under <u>28 USCS 1651 et seq.</u>, and the

Defendant's Supporting Affidavit.

Further, Defendant Peterson moves this Court on adequate access to legal materials, court papers, and hired counsel, respective to the instant case, whether at Santa Rita Jail, home detention, or elsewhere. (Presently, Defendant's access to the court is less than adequate; e.g., has not received legal mail; no court papers sent from Government or retained counsel; no private legal visits or calls; no access to legal materials or law library upon several requests).

Note: Per 28 USCS 1651, and Fed. R. Evid. 201(c)(2), exigent judicial review on the extraordinary issue at hand is necessary, and the overlapping case matters involving Judge Davila's orders may require assistance from the district's ombudsman copied on this Motion.

## Conclusion.

For the reasons set forth above should the Court grant Defendant's motion, or in alternative hold an emergency hearing with legal counsel of Parties.

## Certificate of Service.

On this 11th day of October, 2022, Defendant Cary Peterson has caused this Motion to be filed with the Chief Judge and Court Clerk of the U.S. District Court (CAND), served to Plaintiff USPO; and copied to Ret. Judge James Kleinberg (Ombudsman/JAMS), Office of Attorney Jesse Ortiz, and Admin. Office of U.S. Courts (Attn To: Office of Judicial Integrity—re: USPO Anthony Cardenas/Cary Peterson @ (cap119@g.harvard.edu)).

Date: 10/11/2022

s/ Cary Peterson, Defendant

C.L. Peterson, PFN: WL2301
Santa Rita Jail, Unit 34
Dublin, CA 94568-3309

OAKLAND CA 945
13 OCT 2022 PM 7 L

Hon. Judge Edward Davila
US District Court (CAND)
280 S. 1st Street #2112
San Jose, CA 95113

— LEGAL MAIL — 95113-300897
10/11/22

LEGAL MAIL

SANTA RITA
1325 BROADBLVD.
DUBLIN, CA
94568

FSC MIX Envelope FSC® C137131
THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT
© USPS 2019