STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JEFFREY A. BACKHUS (CABN 200177)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5080
    FAX: (408) 535-5066
    jeffrey.backhus@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 22-00338-BLF |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE |
| v. | |
| CARY LEE PETERSON, | |
| Defendant. | |

On September 19, 2022, United States Probation ("Probation") filed a Petition for Arrest Warrant for Offender Under Supervision ("Form 12"), alleging that Cary Lee Peterson has violated his terms and conditions of supervised release.

A status conference is scheduled before this Honorable Court on October 25, 2022. However, the parties have rescheduled the preliminary hearing before the magistrate court for October 27, 2022.

///

///

///

///

Stipulation and Proposed Order                  1
CR 22-00338-BLF

1  Accordingly, the parties are requesting that the status conference before this Court be continued to
2  November 15, 2022, at 9:00 a.m.

3                                      Respectfully submitted,

4  DATED: October 24, 2022            STEPHANIE M. HINDS
                                      United States Attorney

6                                      */s/ Jeffrey A. Backhus*
                                      JEFFREY A. BACKHUS
7                                      Assistant United States Attorney

9  DATED: October 24, 2022

10                                      */s/ Jesse Soto Ortiz*
                                     JESSE SOTO ORTIZ
                                     Attorney for Defendant
11                                      Cary Lee Peterson

14                          PROPOSED [~~ORDER~~]

15  Based on the foregoing, IT IS HEREBY ORDERED that the status hearing in the above-
16  captioned matter shall be continued November 15, 2022, at 9:00 a.m.

18  DATED:  October 24, 2022           _____
                                      HON. BETH LABSON FREEMAN
19                                      United States District Judge