Cary L. Peterson (USM#23401111)
U.S. Courthouse
San Jose, CA

1/4/2023

Attn To:   Court Clerk c/o
           Hon. Judge Beth Freeman

In re:   USA v. Peterson, CAND D.C.
         No. 22-CR-338 (Notice to
         the Judge — Fed. R. Evid. 201(c)(2))

Dear Judge Freeman:

On this 4th day of January, 2023, I, (Pro Se) Defendant Cary Lee Peterson, hereby submit and declare this Court Notice of Pertinent Fact as to Indicia on Discussion in 1/4 Hearing on Defendant's Higher Learning, under 28 U.S.C. 1746, in efforts to give notice to disclosure already in the record as

follows:

Document #1: 2021 Tax Return Excerpt

Document #2: USPO Document

Date: 1/4/23   /s/ [signature]

Form 8863 (2021) Page 2

Name(s) shown on return: CARY L PETERSON

Your social security number: ███████599

> **⚠ CAUTION**: Complete Part III for each student for whom you're claiming either the American opportunity credit or lifetime learning credit. Use additional copies of page 2 as needed for each student.

### Part III — Student and Educational Institution Information. See instructions.

**20** Student name (as shown on page 1 of your tax return)
CARY L PETERSON

**21** Student social security number (as shown on page 1 of your tax return)
███████599

**22** Educational institution information (see instructions)

**a.** Name of first educational institution
edX Inc (HarvardX)

(1) Address. Number and street (or P.O. box). City, town or post office, state, and ZIP code. If a foreign address, see instructions.
n/a
CAMBRIDGE MA 021391937

(2) Did the student receive Form 1098-T from this institution for 2021? ☐ Yes  ☒ No

(3) Did the student receive Form 1098-T from this institution for 2020 with box 7 checked? ☐ Yes  ☒ No

(4) Enter the institution's employer identification number (EIN) if you're claiming the American opportunity credit or if you checked "Yes" in (2) or (3). You can get the EIN from Form 1098-T or from the institution.
46-0807740

**b.** Name of second educational institution (if any)

(1) Address. Number and street (or P.O. box). City, town or post office, state, and ZIP code. If a foreign address, see instructions.

(2) Did the student receive Form 1098-T from this institution for 2021? ☐ Yes  ☐ No

(3) Did the student receive Form 1098-T from this institution for 2020 with box 7 checked? ☐ Yes  ☐ No

(4) Enter the institution's employer identification number (EIN) if you're claiming the American opportunity credit or if you checked "Yes" in (2) or (3). You can get the EIN from Form 1098-T or from the institution.

**23** Has the Hope Scholarship Credit or American opportunity credit been claimed for this student for any 4 tax years before 2021?
☐ Yes — Stop! Go to line 31 for this student.   ☐ No — Go to line 24.

**24** Was the student enrolled at least half-time for at least one academic period that began or is treated as having begun in 2021 at an eligible educational institution in a program leading towards a postsecondary degree, certificate, or other recognized postsecondary educational credential? See instructions.
☐ Yes — Go to line 25.   ☐ No — Stop! Go to line 31 for this student.

**25** Did the student complete the first 4 years of postsecondary education before 2021? See instructions.
☐ Yes — Stop! Go to line 31 for this student.   ☐ No — Go to line 26.

**26** Was the student convicted, before the end of 2021, of a felony for possession or distribution of a controlled substance?
☐ Yes — Stop! Go to line 31 for this student.   ☐ No — Complete lines 27 through 30 for this student.

> **⚠ CAUTION**: You can't take the American opportunity credit and the lifetime learning credit for the **same student** in the same year. If you complete lines 27 through 30 for this student, don't complete line 31.

**American Opportunity Credit**

| | | |
|---|---|---|
| 27 | Adjusted qualified education expenses (see instructions). **Don't enter more than $4,000** | 27 |
| 28 | Subtract $2,000 from line 27. If zero or less, enter -0- | 28 |
| 29 | Multiply line 28 by 25% (0.25) | 29 |
| 30 | If line 28 is zero, enter the amount from line 27. Otherwise, add $2,000 to the amount on line 29 and enter the result. Skip line 31. Include the total of all amounts from all Parts III, line 30, on Part I, line 1 | 30 |

**Lifetime Learning Credit**

| | | |
|---|---|---|
| 31 | Adjusted qualified education expenses (see instructions). Include the total of all amounts from all Parts III, line 31, on Part II, line 10 | 31 |

GEB  21  88632  TXO 1040  Form Software Copyright 1998 – 2022 HRB Tax Group, Inc.  Form **8863** (2021)

Form 8863 (2021) Page 2

Name(s) shown on return
CARY L PETERSON

Your social security number
*** ** *599

> ⚠ **CAUTION**
> Complete Part III for each student for whom you're claiming either the American opportunity credit or lifetime learning credit. Use additional copies of page 2 as needed for each student.

### Part III — Student and Educational Institution Information. See instructions.

**20** Student name (as shown on page 1 of your tax return)
CARY L PETERSON

**21** Student social security number (as shown on page 1 of your tax return)
*** ** *599

**22** Educational institution information (see instructions)

| | a. Name of first educational institution | b. Name of second educational institution (if any) |
|---|---|---|
| | REGENTS OF THE UNIVERSITY OF CA AT B | Coursesa Inc (Yale University) |
| (1) | Address. Number and street (or P.O. box). City, town or post office, state, and ZIP code. If a foreign address, see instructions.<br>2199ADDISONSTSTE625MC1111<br>BERKELEY CA 94720 | Address. Number and street (or P.O. box). City, town or post office, state, and ZIP code. If a foreign address, see instructions.<br>381 EAST EVELYN AVENUE<br>Mountain View CA 94041 |
| (2) | Did the student receive Form 1098-T from this institution for 2021? ☒ Yes ☐ No | Did the student receive Form 1098-T from this institution for 2021? ☐ Yes ☒ No |
| (3) | Did the student receive Form 1098-T from this institution for 2020 with box 7 checked? ☐ Yes ☒ No | Did the student receive Form 1098-T from this institution for 2020 with box 7 checked? ☐ Yes ☒ No |
| (4) | Enter the institution's employer identification number (EIN) if you're claiming the American opportunity credit or if you checked "Yes" in (2) or (3). You can get the EIN from Form 1098-T or from the institution.<br>94-6002123 | Enter the institution's employer identification number (EIN) if you're claiming the American opportunity credit or if you checked "Yes" in (2) or (3). You can get the EIN from Form 1098-T or from the institution.<br>45-3560292 |

**23** Has the Hope Scholarship Credit or American opportunity credit been claimed for this student for any 4 tax years before 2021?
☐ Yes — Stop! Go to line 31 for this student. ☒ No — Go to line 24.

**24** Was the student enrolled at least half-time for at least one academic period that began or is treated as having begun in 2021 at an eligible educational institution in a program leading towards a postsecondary degree, certificate, or other recognized postsecondary educational credential? See instructions.
☒ Yes — Go to line 25. ☐ No — Stop! Go to line 31 for this student.

**25** Did the student complete the first 4 years of postsecondary education before 2021? See instructions.
☐ Yes — Stop! Go to line 31 for this student. ☒ No — Go to line 26.

**26** Was the student convicted, before the end of 2021, of a felony for possession or distribution of a controlled substance?
☐ Yes — Stop! Go to line 31 for this student. ☒ No — Complete lines 27 through 30 for this student.

> ⚠ **CAUTION**
> You can't take the American opportunity credit and the lifetime learning credit for the same student in the same year. If you complete lines 27 through 30 for this student, don't complete line 31.

#### American Opportunity Credit

| | | | |
|---|---|---|---|
| 27 | Adjusted qualified education expenses (see instructions). Don't enter more than $4,000 | 27 | 566 |
| 28 | Subtract $2,000 from line 27. If zero or less, enter –0– | 28 | 0 |
| 29 | Multiply line 28 by 25% (0.25) | 29 | |
| 30 | If line 28 is zero, enter the amount from line 27. Otherwise, add $2,000 to the amount on line 29 and enter the result. Skip line 31. Include the total of all amounts from all Parts III, line 30, on Part I, line 1 | 30 | 566 |

#### Lifetime Learning Credit

| | | | |
|---|---|---|---|
| 31 | Adjusted qualified education expenses (see instructions). Include the total of all amounts from all Parts III, line 31, on Part II, line 10 | 31 | |

GEB 21 88632 TXO 1040 Form Software Copyright 1996–2022 HRB Tax Group, Inc. Form **8863** (2021)



**District of California-Northern**
**Post Conviction Chronological**
**Record Report**
**From: 8/5/2022 To: 8/5/2022**
Data Current as of 09/28/2022

Peterson, Cary Lee (2190233)
08/05/2022        18:00         Author:   Cardenas, Anthony

EMAIL         Email

USPOS sent an email to the client's recently used emails [clpeterson@costanoan.org; cap119@g.harvard.edu; clpeterson@rpflegal.com] with the reminder to provide the financial packet and paystubs by Monday, 8/8/22. USPOS also sent the client a text message to his reported and recently used phone number (202-878-0959).

USPOS reminder email sent to the client:

Good Evening Cary,

As a reminder from Wednesdays meeting, August 3, 2022, at the San Jose Probation Office, you were directed to complete the provided financial packet, sign the required documents (Prob. 48; Prob. 48D; Prob. 48E; Prob. 48E), and have it returned to me by August 8, 2022. I will be in the office on Monday, August 8, 2022, and you can either hand it to me directly at the office or email the completed packet. Additionally, I have attached a PDF fillable version; however, still require official signatures.

As a result of change of employment, which was not disclosed to me per your Court ordered conditions of supervised release, you were/are directed to provide all official income paystubs received from the onset of employment with the Costanoan Indian Research Inc.

In regard to your internship through Robert Peterson and Fields Associates, you are directed to provide all proof income and paystubs of your stipends received throughout your term of employment. With regard to the financial packet and you claiming to previously being the owner of Robert Peterson and Fields Associates, now reported co-owner, please ensure to provide the business's financial records (As ordered by your Court ordered terms and conditions of supervised release, outlined below).

Please ensure when filling out Pages 1 through 7 of the financial packet that you are providing all information requested, which include, but not limited to, the following:
1. Assets
a. BANK ACCOUNTS (Include all personal and businesses checking and savings accounts, credit unions, money markets, certificates of deposit, IRA and KEOGH accounts, ROTH IRA's, Thrift Savings, 401K, etc.)
b. SECURITIES (Include all stocks in public corporations, stocks in businesses you own or have an interest in, bonds, mutual funds, U.S. Government securities, etc.)
c. MONEY OWED TO YOU BY OTHERS (Include all money owed to you by any person or entity.)
d. LIFE INSURANCE (Include type of policy [whole life, variable, or term], face amount [the stated amount of coverage] and cash surrender value [the value of the investment portion of a whole life or variable policy.])
e. SAFE DEPOSIT BOXES OR STORAGE SPACE FACILITY (Include all safe deposit boxes or storage space you rent or places you have access to in which others are holding assets or items belonging to you.
f. MOTOR VEHICLES (Include all cars, trucks, mobile homes, motorcycles, all terrain vehicles, boats, airplanes, etc.)
g. REAL ESTATE (Include property, parcels, lots, timeshares, and developed land with buildings.)

Attn c/o
Clerk
USDJ
Freeman

In re: 22-cr-338

