**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARY LEE PETERSON,<br><br>Defendant. | Case No. 22-cr-00338-BLF-1<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR APPOINTMENT OF REPLACEMENT STANDBY COUNSEL; AND REFERRING CASE TO FEDERAL PUBLIC DEFENDER'S OFFICE TO LOCATE STANDBY COUNSEL** |

For the reasons stated on the record at the hearing on January 4, 2023, the Court relieved Jesse Ortiz as standby counsel to Defendant. *See* Minute Entry, ECF 66. The Court informed Defendant that his request for replacement standby counsel would be considered once he submitted the financial information required under the Criminal Justice Act ("CJA").

Defendant has completed a declaration providing some financial information and directing the Court to other financial documents previously filed in this case. *See* CJA 23 Financial Affidavit, ECF 67. While the information submitted by Defendant is contradictory and could call into question his eligibility for appointed counsel under the CJA, the Court finds Defendant eligible based on his 2021 Federal Tax Return and the fact that he has been in custody for four months. The Court has not relied on any other financial documents submitted by Defendant and makes no findings as to the accuracy of those documents.

Accordingly, Defendant's request for appointment of replacement standby counsel is GRANTED. This case is referred to the Federal Public Defender's Office, San Jose Division, to locate replacement standby counsel for Defendant.

**IT IS SO ORDERED.**

Dated: January 9, 2023

_____
BETH LABSON FREEMAN
United States District Judge