UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARY LEE PETERSON,<br><br>Defendant. | CR-22-00338-BLF-1<br><br>ORDER RE: CJA APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL |

On December 13, 2022, the Court issued an order granting Mr. Peterson's request to represent himself with the assistance of his retained standby counsel, Mr. Jesse Ortiz. However, for reasons stated on the record, on January 4, 2023 the Court relieved standby counsel Jesse Ortiz. On January 9, 2023, the Court issued an order granting Mr. Peterson's request for appointment of replacement standby counsel and referring Mr. Peterson to the Federal Public Defender's Office to locate a replacement of standby counsel.

IT IS ORDERED that the attorney whose name and contact information are listed below is appointed as standby counsel for Mr. Peterson, replacing Mr. Jesse Ortiz.

Jerry Y. Fong
885 N. San Antonio Road, Ste. D
Los Altos, CA 94022
(650)559-1985
jf@jerryfong.com

_____
Appointing Judge: Hon. Judge Beth Labson Freeman

January 11, 2023               1/10/2023
Date of Order                  Nunc Pro Tunc Date