**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARY LEE PETERSON,<br><br>Defendant. | Case No.  22-cr-00338-BLF-1<br><br>**ORDER SETTING DEFENDANT'S EMERGENCY MOTION TO DISMISS FOR HEARING ON FEBRUARY 21, 2023; AND *SUA SPONTE* ORDERING THE GOVERNMENT TO SHOW CAUSE ON FEBRUARY 21, 2023 WHY DEFENDANT SHOULD NOT BE RELEASED FROM CUSTODY ON SUPERVISION CONDITIONS PENDING HIS HEARING ON ALLEGED VIOLATIONS**<br><br>[Re:  ECF 75] |

Defendant's Emergency Motion to Dismiss (ECF 75) IS HEREBY SET for an in-person hearing on February 21, 2023 at 9:00 a.m.

Additionally, the Court *sua sponte* ORDERS the Government TO SHOW CAUSE why Defendant should not be released from custody under appropriate conditions of release pending the scheduled evidentiary hearing, in light of the length of time he has been in custody and the Guideline range for the alleged violations of Defendant's conditions of supervised release.  A Show Cause Hearing IS HEREBY SET on February 21, 2023 at 9:00 a.m.  The Government need not file a written response to this Order to Show Cause, but may respond orally at the Show Cause Hearing.

IT IS SO ORDERED.

Dated:  January 27, 2023

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California